

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:         01-10-01003-CV

Style:         Leon A. Benjamin

         **v** Barbara Benjamin

Date motion filed[*]:     December 27, 2012

Type of motion:     Plaintiff's Motion for Judicial Notice

Party filing motion:     Appellant

Document to be filed:

If motion to extend time:

         Deadline to file document:

         Number of previous extensions granted:

         Length of extension sought:

Ordered that motion is:

       ☐     Granted
           If document is to be filed, document due:

           ☐  The Clerk is instructed to file the document as of the date of this order
           ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐     Denied

       ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

**Appellant's motion is carried with the case.**

Judge's signature: /s/ Michael Massengale
           ☑ Acting individually    ☐ Acting for the Court

           Panel consists of _____.

Date: February 12, 2013

November 7, 2008 Revision